UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------
WATERS CONSTRUCTION CO., INC.   )
                                )    CIVIL ACTION NO.
                                )    3:02CV852 (DJS)
v.                              )
                                )
UNITED STATES FIDELITY &        )
GUARANTY COMPANY                )    October  24, 2003
------------------------------------------------------

## PLAINTIFF'S NOTICE OF DISMISSAL

Per FRCP 41(a), and pursuant to a settlement agreement executed by the parties and dated October 1, 2003, the plaintiff, Waters Construction Co., Inc. ("Waters"), hereby gives Notice that the instant case may and shall be dismissed, without prejudice to the plaintiff to reinstitute suit in the event that the terms of the settlement agreement are breached.

PLAINTIFF,
WATERS CONSTRUCTION CO., INC.

By_____
   Steven B. Kaplan
   Federal Bar No. CT 06366
        Michelson, Kane, Royster & Barger, P.C.
        93 Oak Street, Hartford, CT 06106
        Tel: (860)522-1243
        Fax: (860)548-0194
        sbkaplan@snet.net

## CERTIFICATION

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 24th day of October, 2003 to all counsel and pro se parties of record as follows:

Jennifer A. Osowiecki, Esq.
Pepe & Hazard LLP
Goodwin Square
Hartford, CT 06103-4302
Tel: (860)522-5175
Fax: (860)522-2796

_____
Steven B. Kaplan