UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WATERS CONSTRUCTION CO., INC.   :
    Plaintiff

v.   :   CIVIL NO.: 3:02cv852(DJS)

UNITED STATES FIDELITY &
GUARANTY COMPANY   :
    Defendant

### ORDER

The Plaintiff's Notice of Dismissal (Doc. #32) is hereby **GRANTED**. The Clerk shall close this case.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   28th   day of October, 2003.

    /s/DJS
    Dominic J. Squatrito
    United States District Judge